IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06MJ00029 |
| | ) | |
| BENJAMIN OLUSOLA ADANDE | ) | |

## **ORDER**

On March 10, 2006, pursuant to Fed. R. Crim. P. 5.1, the court held a preliminary hearing following the Defendant's initial appearance on the criminal complaint filed herein on March 9, 2006. Based on the evidence presented at the hearing, the court finds that there is probable cause to believe that an offense has been committed and that the defendant committed it. Accordingly, it is

**ORDERED** that the defendant be held to answer the charges against him in this court.

Done this 10th day of March, 1996.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE