IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-mj-29-B |
| | ) | |
| BENEDICT OLUSOLA ADANDE | ) | |

## GOVERNMENT'S MOTION FOR DETENTION HEARING

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for a detention hearing for the above-captioned defendant.

1. Eligibility of Cases

    This case is eligible for a detention order because this case involves:

    _____ Crime of violence (18 U.S.C. 3156)

    _____ Maximum sentence of life imprisonment or death

    _____ 10 + year drug offense

    _____ Felony, with two prior convictions in the above categories

    ____X____ Serious risk the defendant will flee

    _____ Serious risk of obstruction of justice

2. Reason For Detention

    The Court should detain defendant because there are no conditions of release which will reasonably assure:

    ____X____ Defendant's appearance as required

    _____ Safety of any other person and the community

3. <u>Rebuttable Presumption</u>

The United States will invoke the rebuttable presumption against defendant under Section 3142(e).

———  Probable cause to believe defendant committed 10 + year drug offense or an offense in which a firearm was used or carried under Section 924(c)

———  Previous conviction for "eligible" offense committed while on pretrial bond

———  A period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described above

4. <u>Time For Detention Hearing</u>

The United States requests the Court conduct the detention hearing:

———  At the initial appearance

__X__  After continuance of 3 days

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Respectfully submitted this the 10th day of March, 2006.

LEURA G. CANARY
United States Attorney

/s/ Susan R. Redmond
for Verne H. Speirs
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
verne.speirs@usdoj.gov

2