IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | 2:06-MJ-00029-DRB |
| | ) | |
| BENJAMIN OLUSOLA ADANDE | ) | |

### ORDER OF DETENTION PENDING TRIAL

At the scheduled time for hearing on the *Government's Motion for Detention Hearing* (Doc. 8, March 10, 2006) Defendant Benjamin Olusola Adande appeared with appointed counsel, Asst. Federal Defender Jennifer Hart, and the United States appeared by Asst. U. S. Atty. Todd Brown. Upon notice from the probation officer that an "Immigration" detainer has been filed against the Defender, a Nigerian national, defense counsel concurred that a hearing would be futile and, thus waived the detention hearing. Accordingly, it is

**ORDERED** that the *Government's Motion,* which seeks the defendant's detention because there are no conditions of release which will reasonably assure his appearance as required, is due to be, and is hereby, **GRANTED** to the extent of its request for the defendant's detention as a flight risk.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

DONE THIS 14th day of March, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE