RECEIVED
2006 APR -4 A 9:25
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

THE UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

BENEDICT OLUSOLA ADANDE
vs.
UNITED STATES OF AMERICA

CASE NUMBER: 2:06 mj 29-DRB

## MOTION TO BE RECOGNIZED AS CO-COUNSLE

(1) I am requesting to assist my attorney with any further on going proceedures and development in my Court Case. I want to be aware and allowed to grant permission for my attorney to disclose or discuss any Information pertaining my Court Case to any party other than me.

## MOTION TO ATTEND ALL HEARINGS.

(2) I request to be physically present in all Court proceedings and meetings concerning my Case.

## MOTION TO HAVE DOCUMENTS

(3) I request a copy of each document showing the Cause and nature, also proper proceedings Information provided to any person of status relating to Case number: 2:06mj 29-DRB by the law enforcement agency.

## CERTIFICATE OF SERVICE.

One (1) extra Copy is enclosed If notice need to be delivered to anyother party than the ones listed below. Notice have been delivered by mail-out to:

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery Alabama 36101-0711

Notice have been delivered by mail-Out to:

Jennifer Hart
Federal Defenders
Middle District of Alabama
407 The RSA Tower
201 Monroe Street
Montgomery, Alabama 36104

Notary Address: Post office Drawer 159
                Montgomery Alabama 36101

Petitioner Signature _____
Notary Public Signature _Lisa Hampton Davis_
                        Lisa Hampton Davis
My Commission Expire _March 17, 2009_
Today's Date: March 31, 2006